**Electronically Filed**
**Supreme Court**
**SCWC-29968**
**15-MAY-2014**
**10:56 AM**

SCWC-29968

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KEOLA CHILDS, Trustee under that certain unrecorded Revocable
Trust of Keola Childs, PHILLIP L. WILSON, III, and CLARE H.
WILSON, and DOUGLAS D. TROXEL, Trustee of the Douglas D. Troxel
Living Trust, Petitioners and Respondents/Plaintiffs-
Appellants/Cross-Appellees,

vs.

ALAN J. HARADA, WALTER HARADA and KAREN FUKE, Co-Trustees under
that certain Trust made by Junichiro Harada dated April 21, 1981,
MIKIE HARADA, ALAN J. HARADA, SHARON S. HARADA, Petitioners and
Respondents/Defendants-Appellees/Cross-Appellants,

and

JACK HIDETO OKAYAMA, WALLACE SADAO OKAYAMA,
HATSUNE O. HIRANO, Respondents/Defendants-Appellees,

and

ETHEL NOBUKI TOKI, Trustee of the Ethel N. Toki
Revocable Living Trust, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29968; CIV. NO. 05-1-0122K)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners and Respondents/Plaintiffs-Appellants/

Cross-Appellees' and Petitioners and Respondents/Defendants-

Appellees/Cross-Appellants' applications for writ of certiorari filed on April 7, 2014, are hereby rejected.

DATED: Honolulu, Hawaiʻi, May 15, 2014.

R. Laree McGuire for petitioners and respondents/plaintiffs-appellants

Paul K. Hamano for petitioners and respondents/defendants-appellees

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

